IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01698-MEH

BRIAN BAINBRIDGE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Magistrate Michael E. Hegarty on August 6th 2014, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Brian Bainbridge. It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this 6th day of August , 2014.

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  s/ S. Libid
                                  Deputy Clerk